Doc ID --> 199927800700

### ARTICLES OF ORGANIZATION
### OF
### 21300 MANAGEMENT LTD.
#### (Under Section 1705.04 of the Ohio Revised Code)

The undersigned, desiring to form a limited liability company under Chapter 1705 of the Ohio Revised Code, do hereby state the following:

**FIRST.** The name of said limited liability company shall be 21300 Management Ltd.

**SECOND.** The limited liability company shall exist for a period of perpetual duration.

**THIRD.** The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is:

21300 Lorain Road
Fairview Park, Ohio  44126

**FOURTH.** The purpose for this limited liability company is the ownership and management of commercial real estate located at 21300 Lorain Road, Fairview Park, Ohio  44126.

IN WITNESS WHEREOF, we have hereunto subscribed our names this 28 day of September, 1999.

_Michael G. Polito_
Michael G. Polito, Member

_John J. Reglo_
John J. Reglo, Member

EXHIBIT
B
ALL-STATE LEGAL®

Doc ID -->     199927800700

### ORIGINAL APPOINTMENT OF AGENT
### OHIO LIMITED LIABILITY COMPANY
### (O.R.C. Section 1705.06)

The undersigned, being at least a majority of the members of 21300 Management Ltd. hereby appoint John S. Polito as its Statutory Agent, upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served.

His complete address is:

John S. Polito
3954 Woodside Drive
North Olmsted, Ohio 44070

_Michael G. Polito_
Michael G. Polito, Member

_John J. Russo_
John J. Russo, Member

### ACCEPTANCE OF APPOINTMENT

The undersigned, John S. Polito, named herein as the statutory agent for 21300 Management Ltd., hereby acknowledges and accepts the appointment as statutory agent of for said limited liability company.

_John S. Polito_
John S. Polito, Statutory Agent

Doc ID --> 199927800700

# POLITO & RUSSO LLP

### ATTORNEYS AND COUNSELORS AT LAW

21270 Lorain Road
Fairview Park, Ohio 44126
(440) 895-1234
Fax (440) 895-1233

Michael G. Polito
John J. Russo
Kimberly K. Yoder

*of Counsel*
Thomas C. Fox, Jr.

September 28, 1999

The Office of the Secretary of State
P.O. Box 1329
Columbus, OH 43216

Re: 21300 Management Ltd.
Articles of Organization (limited liability company)
Original Appointment of Agent

**EXPEDITED SERVICE REQUESTED**

Dear Sir or Madam:

Enclosed please find the Articles of Organization and Original Appointment of 21300 Management Ltd. It is requested that expedited service be used to process these documents. Also enclosed is a check in the amount of Ninety Five Dollars ($95.00), which represents the filing fee and fee for expedited service in this matter. Kindly file the enclosed documents in your usual manner.

If you have any questions regarding this matter, please contact me at the above-listed telephone number.

Thank you, in advance, for your anticipated cooperation in this matter.

Very truly yours,

John J. Russo

Enclosures

| DATE | DOCUMENT NO | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 1. 10/5/1999 | 199927800700 | LCA ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY C | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| | | TOTAL | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |

Return To:
POLITO & RUSSO
ATTN J J RUSSO
21270 LORAIN RD
FAIRVIEW PARK, OH 44126-0000

--- cut along the dotted line ---

# The State of Ohio
## ❦ Certificate ❦

### Secretary of State - J. Kenneth Blackwell

### 1104507

It is hereby certified that the Secretary of State of Ohio has custody of the business records for 21300 MANAGEMENT LTD. and that said business records show the filing and recording of:

Document:
ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILTY CO

Document Model:
199927800700

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, This 4th day of October, A.D. 1999

J. Kenneth Blackwell
Secretary of State