Approved and Filed
2006081000086/7720355
Filing Date: 10/06/2017
Effective :10/03/2017 11:00
CONNIE LAWSON
Indiana Secretary of State



# NOTICE OF CHANGE OF PRINCIPAL OFFICE ADDRESS
State Form 50655 (R5 / 3-17)

**NO FILING FEE**

| Name of corporation or other entity | | | |
|---|---|---|---|
| Firestone Building Products Company, LLC | | | |

Date of incorporation / organization / registration (month, day, year)

08/08/2006

| Address of current principal office (number and street) | City | State | ZIP code |
|---|---|---|---|
| 250 W. 96th Street | Indianapolis | IN | 46260 |
| Address of new principal office (number and street) | City | State | ZIP code |
| Bridgestone Tower, 200 4th Avenue South, Suite 100 | Nashville | TN | 37201 |

In Witness Whereof, the undersigned executes this notice and verifies, subject to penalties of perjury, that the statements contained herein are true, this 27th day of September, 20 17.

| Signature | Printed name and title |
|---|---|
| *Kerry Cantrell* | Kerry Cantrell, Assistant Secretary |

INDIANA SECRETARY OF STATE
RECEIVED
2017 OCT -3 PM 12:00



EXHIBIT

C

ALL-STATE LEGAL®