Print

# CASE INFORMATION

## CV-18-900309 21300 MANAGEMENT LTD. vs. GENFLEX ROOFING SYSTEMS, LLC, ET AL.

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 07/13/2018 | D1 | NT | NOTICE OF REMOVAL FILED NOTICE OF FILING NOTICE OF REMOVAL |  |
| 07/10/2018 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 35810297 RETURNED 7/6/2018 FAILURE OF SERVICE ON DEFENDANT MILITARY VETERANS ROOFING SERVICES, LLC - REFUSED NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 07/03/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 07/03/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 07/03/2018 | D2 | CS | WRIT FEE | |
| 07/03/2018 | D2 | SR | SUMS COMPLAINT(35810297) SENT BY CERTIFIED MAIL. TO: MILITARY VETERANS ROOFING SERVICES, LLC 111 HARRISON STREET MAGNOLIA, OH 44643 | |
| 07/03/2018 | D1 | CS | WRIT FEE | |
| 07/03/2018 | D1 | SR | SUMS COMPLAINT(35810296) SENT BY CERTIFIED MAIL. TO: GENFLEX ROOFING SYSTEMS, LLC 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43219 | |
| 07/02/2018 | N/A | SF | JUDGE STUART A FRIEDMAN ASSIGNED (RANDOM) | |
| 07/02/2018 | P1 | SF | ADDITIONAL DEPOSIT FOR FOREIGN SHERIFF SERVICE $10 | |
| 07/02/2018 | P1 | SF | LEGAL RESEARCH | |
| 07/02/2018 | P1 | SF | LEGAL NEWS | |
| 07/02/2018 | P1 | SF | LEGAL AID | |
| 07/02/2018 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 07/02/2018 | P1 | SF | COMPUTER FEE | |
| 07/02/2018 | P1 | SF | CLERK'S FEE | |
| 07/02/2018 | P1 | SF | DEPOSIT AMOUNT PAID NATHANIEL G SZEP | |
| 07/02/2018 | N/A | SF | CASE FILED: COMPLAINT | |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here.

Copyright © 2018 PROWARE. All Rights Reserved. 1.1.180

EXHIBIT

D

Print

# CASE INFORMATION

## CV-18-900309 21300 MANAGEMENT LTD. vs. GENFLEX ROOFING SYSTEMS, LLC, ET AL.

| Party Role | Name | Service | Date | Response Date |
|---|---|---|---|---|
| P(1) | 21300 MANAGEMENT LTD. | E-FILING SERVICE EMAIL | 07/13/2018 | |
| P(1) | 21300 MANAGEMENT LTD. | E-FILING SERVICE EMAIL | 07/13/2018 | |
| D(1) | GENFLEX ROOFING SYSTEMS, LLC C/O NATIONAL REGISTERED AGENTS, INC., STATUTORY AGENT | SUMS COMPLAINT CERTIFIED MAIL | 07/04/2018 | |
| D(2) | MILITARY VETERANS ROOFING SERVICES, LLC C/O DOUGLAS C. WEYRICK, STATUTORY AGENT | SUMS COMPLAINT CERTIFIED MAIL | 07/04/2018 | REFUSED 07/06/2018 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here.

Copyright © 2018 PROWARE. All Rights Reserved. 1.1.180