IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 21300 MANAGEMENT LTD. | ) | CASE NO. 1:18-cv-01619 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE JONATHAN D. |
| GENFLEX ROOFING SYSTEMS, LLC, | ) | GREENBERG |
| et al. | ) | |
| | ) | **AMENDMENT TO NOTICE OF** |
| Defendants | ) | **REMOVAL OF DEFENDANT** |
| | ) | **GENFLEX ROOFING SYSTEMS, A** |
| | ) | **DIVISION OF FIRESTONE** |
| | ) | **BUILDING PRODUCTS COMPANY,** |
| | ) | **LLC** |

Defendant Genflex Roofing Systems, a Division of Firestone Building Products Company, LLC, amends its notice of removal to advise the court of recently learned facts further supporting Plaintiff's Ohio citizenship, which establishes diversity for jurisdictional purposes.

In its complaint, Plaintiff alleges that it is a "real estate company" that owns a commercial building in Ohio. Plaintiff's Articles of Organization from the Ohio Secretary of State's website are attached to Genflex's notice of removal at Doc. #2-2, PageID #45.

However, Genflex has learned that subsequent transactions involving Plaintiff have altered its membership. Attached as Exhibit A is an answer and counterclaim filed by Plaintiff and by Derek N. Rodstrom and Michael G. Polito in the case styled *Joseph G. Paulozzi v. Derek N. Rodstrom, et al.*, Case No. CV 17 886988, Cuyahoga County Court of Common Pleas. In their pleading, Attorneys Rodstrom and Polito allege that they reside in Cuyahoga County, Ohio and that they are the members of 21300 Management, Ltd.—the Plaintiff in the case at bar.

(Exhibit A, ¶¶2,3,10, 15-16). Rodstrom, Polito, and 21300 Management also allege that there is a pending dispute as to whether Joseph G. Paulozzi is also a member of 21300 Management. (Exhibit A, ¶28). Paulozzi contends that he is a member; Rodstrom and Polito contend he is not. *Id.*

Regardless of whether Mr. Paulozzi is or isn't a member of 21300 Management, diversity exists in this case because Paulozzi, like Rodstrom and Polito, is an Ohio resident. Attached as Exhibit B is Paulozzi's complaint in CV 17 886988, specifying in paragraph 1 that Paulozzi is a resident of Richfield, Ohio.

Since all members of 21300 Management, Ltd. are Ohio citizens, and since Genflex, the only joined and served Defendant, is not an Ohio citizen (see Doc. #2, PageID #26-27), complete diversity exists and removal is appropriate.

/s/ John R. Chlysta
David T. Moss (0014968)
John R. Chlysta (0059313)
Hanna, Campbell & Powell LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Phone: 330-670-7300
Fax: 330-670-7459
dmoss@hcplaw.net
jchlysta@hcplaw.net
Counsel for Genflex Roofing Systems, a
Division of Firestone Building Products
Company, LLC

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served on July 17, 2018 via e-mail, or by regular U.S. Mail where e-mail address has not been provided. Service is also effected by the court's electronic-filing service.

Joseph T. Burke (0052535)
Nathaniel G. Szep (0085874)
Polito Rodstrom Burke LLP
21300 Lorain Road
Fairview Park, OH 44126
Ofc: 440-895-1234
Fax: 440-895-1233
Email: josephtburke@aol.com
        nszep@prblaw.com
Attorneys for Plaintiff

Military Veterans Roofing Services, LLC
c/o Douglas C. Weyrick, Statutory Agent
111 Harrison Street
Magnolia, OH 44643

Defendant

/s/ John R. Chlysta

<<HCP #997378-v1>>