

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed:**
**October 5, 2017 18:45**

By: JEFFREY W. KRUEGER 0030093

Confirmation Nbr. 1191366

JOSEPH G. PAULOZZI

vs.

DEREK N. RODSTROM, ET AL

CV 17 886988

**Judge:** MICHAEL P. SHAUGHNESSY

Pages Filed: 28



**EXHIBIT**

B

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **JOSEPH G. PAULOZZI** | ) | CASE NO. |
| 3861 SAWBRIDGE DRIVE, UNIT 30 | ) | |
| RICHFIELD, OHIO 44286 | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| **DEREK N. RODSTROM** | ) | **COMPLAINT FOR DECLARATORY** |
| 21232 NORTH PARK DRIVE | ) | **RELIEF** |
| FAIRVIEW PARK, OHIO 44126 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| **MICHAEL G. POLITO** | ) | |
| 18156 CLIFTON ROAD | ) | |
| LAKEWOOD, OHIO 44107 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| **21300 MANAGEMENT LTD.,** | ) | |
| AN OHIO LIMITED LIABILITY COMPANY | ) | |
| C/O JOHN S. POLITO, STATUTORY AGENT | ) | |
| 3954 WOODSIDE DRIVE | ) | |
| NORTH OLMSTED, OHIO 44070 | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Plaintiff Joseph G. Paulozzi ("Plaintiff"), by and through his undersigned

counsel, and brings this action for declaratory relief against Defendants Derek N. Rodstrom

("Rodstrom"), Michael G. Polito ("Polito"), and 21300 Management Ltd. ("21300 Mgmt.")

1

(collectively, "Defendants"). For his complaint against Defendants, Plaintiff states and alleges as follows:

## PARTIES

1. Plaintiff is an individual who resides in the City of Richfield, Summit County, Ohio.

2. Rodstrom is an individual who resides in the City of Fairview Park, Cuyahoga County, Ohio.

3. Polito is an individual who resides in the City of Lakewood, Cuyahoga County, Ohio.

4. 21300 Mgmt. is a limited liability company duly organized and existing under the laws of the State of Ohio with its principal place of business located in the City of Fairview Park, Cuyahoga County, Ohio. A copy of the Articles of Organization for 21300 Mgmt. is attached hereto as *Exhibit 1*, and is incorporated herein by reference.

## FACTS

5. 21300 Mgmt. was organized on October 4, 1999, for the purpose of the ownership and management of commercial real estate located at 21300 Lorain Road, Fairview Park, Ohio 44126.

6. The initial members of 21300 Mgmt. included Polito and John J. Russo ("Russo").

7. On or about February 1, 2005, Plaintiff and Rodstrom entered into a Purchase Agreement with Russo whereby Plaintiff and Rodstrom acquired all of Russo's right, title and interest in 21300 Mgmt., together with certain tangible personal property.

8. On March 15, 2005, 21300 Mgmt. acquired title to the property located at 21300 Lorain Road, Fairview Park, Ohio 44126 (Parcel 321-02-017) (the "Property"). A copy of the

2

deed transferring title to the Property to 21300 Mgmt. is attached hereto as *Exhibit 2*, and is incorporated herein by reference.

9. In 2005, Plaintiff, Rodstrom and Polito were also engaged in the practice of law under the name "Polito, Paulozzi & Rodstrom LLP", an Ohio limited liability partnership.

10. On or about September 30, 2008, Plaintiff sold his complete twenty-five percent (25%) membership interest in 21300 Mgmt: to Rodstrom and Polito. As a result of this transaction, Polito owned a seventy percent (70%) interest in 21300 Mgmt., and the remaining thirty percent (30%) interest was owned by Rodstrom.

11. On October 31, 2008, Plaintiff filed a petition for bankruptcy protection under Chapter 7 of the U.S. Code with the U.S. Bankruptcy Court for the Northern District of Ohio (Case No. 08-54004).

12. Plaintiff received a discharge from the bankruptcy court on March 5, 2009, and the bankruptcy case was closed on May 20, 2009.

13. At some point after May 20, 2009, Polito and Rodstrom approached Plaintiff and offered Plaintiff the opportunity to again become a twenty-five percent (25%) member of 21300 Mgmt.

14. Plaintiff accepted their offer, and again became a member of 21300 Mgmt. holding a twenty-five percent (25%) interest.

15. Thereafter, Plaintiff contributed and/or paid twenty-five percent (25%) of the expenses associated with owning and/or managing the Property including, but not limited to, expenses associated with property taxes on the Property, repairs to the Property, and any and all other expenses related to the Property.

3

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

16.     Plaintiff also contributed and/or paid twenty-five percent (25%) of the costs associated with building out the warehouse space on the Property and converting it to usable office space, as well as the costs associated with remodeling the front office on the Property.

17.     On or about February 26, 2015, Plaintiff disassociated himself from the legal practice with Rodstrom and Polito, and moved his legal practice out of the Property.

18.     On March 18, 2015, Plaintiff sent an e-mail to both Rodstrom and Polito requesting that he be kept informed on all matters related to 21300 Mgmt. so that he might give input regarding those issues. A copy of Plaintiff's March 18, 2015 e-mail is attached hereto as *Exhibit 3*, and is incorporated herein by reference.

19.     Plaintiff sent an e-mail to Polito and Rodstrom on April 1, 2015 restating his desire to be kept apprised of all developments with regard to the Property. Plaintiff further summarized discussions he had with Rodstrom and Polito in which they expressed a desire to purchase Plaintiff's twenty-five percent (25%) interest in 21300 Mgmt. A copy of Plaintiff's April 1, 2015 e-mail is attached hereto as *Exhibit 4*, and is incorporated herein by reference.

20.     On April 17, 2015, Polito sent Plaintiff an e-mail offering to buy out Plaintiff's interest in 21300 Mgmt. That offer was independent of any partnership, malpractice or other issues associated with the legal practice. A copy of Polito's April 17, 2015 e-mail is attached hereto as *Exhibit 5*, and is incorporated herein by reference.

21.     Plaintiff declined Polito's April 17, 2015 offer to purchase his interest in 21300 Mgmt.

22.     21300 Mgmt., acting through Rodstrom and Polito, has not issued Plaintiff a K-1 statement reflecting his proportionate share of income and losses as a result of the operation of 21300 Mgmt. during the 2015 tax year.

4

23.     On March 29, 2016, Plaintiff, through counsel, sent a letter to Rodstrom and Polito demanding that they preserve, and make available for inspection, certain business records related to the operation and management of 21300 Mgmt. for the years 2009 through 2015. A copy of this March 29, 2016 letter is attached hereto as *Exhibit 6*, and is incorporated herein by reference.

24.     Notwithstanding Plaintiff's March 29, 2016 demand to preserve and inspect the records of 21300 Mgmt., neither 21300 Mgmt. nor Rodstrom nor Polito have provided those records to Plaintiff or his counsel.

25.     On January 25, 2017, Plaintiff, through counsel, sent another letter to Rodstrom and Polito demanding that they provide Plaintiff "with his K-1 Schedule for 2016 with regard to his interest in the Property" so that Plaintiff could properly prepare his 2016 tax returns. A copy of this letter is attached hereto as *Exhibit 7*, and is incorporated herein by reference.

26.     Despite Plaintiff's demand, 21300 Mgmt., acting through Rodstrom and Polito, again did not issue Plaintiff a K-1 statement reflecting his proportionate share of income and losses as a result of the operation of 21300 Mgmt. during the 2016 tax year.

27.     Rodstrom sent Plaintiff an e-mail on March 17, 2017, inviting Plaintiff to submit a demand for them to purchase Plaintiff's interest in 21300 Mgmt. A copy of Rodstrom's e-mail is attached hereto as *Exhibit 8*, and is incorporated herein by reference.

28.     On March 17, 2017, Plaintiff, through counsel, sent a letter to Rodstrom and Polito pursuant to R.C. 1705.22(A)(1) demanding the right to inspect various enumerated books and records of 21300 Mgmt. The letter further requested that Rodstrom and/or Polito advise Plaintiff when and where, prior to April 8, 2017, the requested books, records and other documents of 21300 Mgmt. would be made available for inspection and copying. A copy of this letter is attached hereto as *Exhibit 9*, and is incorporated herein by reference.

5

Electronically Filed 10/05/2017 16:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

29.     Notwithstanding Plaintiff's demand to inspect the books and records of 21300 Mgmt. pursuant to R.C. 1705.22(A)(1), 21300 Mgmt., acting through Rodstrom and Polito, failed to respond or make any of the requested books and records available for inspection prior to April 8, 2017.

### Count I: Declaratory Judgment

30.     Paragraphs 1 through 29 set forth above are incorporated herein by reference as if fully restated.

31.     In light of Plaintiff's payment of twenty-five percent (25%) of the expenses associated with owning and/or managing the Property including, but not limited to, expenses associated with property taxes on the Property, repairs to the Property, and any and all other expenses related to the Property from May 20, 2009 to sometime in 2015, 21300 Mgmt.'s acceptance of those payments, or the benefits resulting therefrom, and the statements and/or representations made by Polito and Rodstrom since May 20, 2009 regarding Plaintiff being a twenty-five percent (25%) member of 21300 Mgmt., Plaintiff seeks a declaration from this Court that he is, in fact, currently a member of 21300 Mgmt.

32.     Further, Plaintiff seeks a declaration from this Court that the members of 21300 Mgmt. and their corresponding membership interest are as follows:

    i.     Plaintiff holds a twenty-five percent (25%) membership interest in 21300 Mgmt.;

    ii.     Rodstrom holds a twenty-five percent (25%) membership interest in 21300 Mgmt.; and

    iii.     Polito holds a fifty percent (50%) membership interest in 21300 Mgmt.

6

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191368 / CLDMK

## Count II:  Declaratory Judgment

33.    Paragraphs 1 through 32 set forth above are incorporated herein by reference as if fully restated.

34.    As a member of 21300 Mgmt., Plaintiff further seeks a declaration from this Court that he is entitled to receive true and full information regarding the status of 21300 Mgmt. in accordance with R.C. 1705.22(A)(1), including the information sought by Plaintiff in his letter of March 17, 2017 (*Exhibit 9*).

35.    Further, that Defendants 21300 Mgmt., Rodstrom and Polito be ordered to turn over or otherwise make such books and records available to Plaintiff, or his designated representative, for inspection and/or copying forthwith.

## Count III:  Accounting

36.    Paragraphs 1 through 35 set forth above are incorporated herein by reference as if fully restated.

37.    Given 21300 Mgmt.'s refusal to provide Plaintiff with access to the documents and records previously requested, Plaintiff seeks a full and complete accounting of all amounts received, including all revenues generated, by 21300 Mgmt. with regard to the Property during the 2015, 2016 and 2017 calendar years, all expenses incurred by 21300 Mgmt. with regard to the Property during the 2015, 2016 and 2017 calendar years, and all tax allocations made to any and/or all of the members of 21300 Mgmt. for the 2015, 2016 and 2017 tax years.

## Requested Relief

WHEREFORE, Plaintiff respectfully demands judgment as follows:

A.    ON COUNT I of his complaint, Plaintiff respectfully prays that the Court issue a declaratory judgment specifically declaring that he currently is member of 21300 Mgmt., and that

7

he holds twenty-five percent (25%) membership interest in 21300 Mgmt., while Defendants Rodstrom and Polito hold a twenty-five percent (25%) membership interest and a fifty percent (50%) membership interest, respectively, in 21300 Mgmt.;

B. ON COUNT II of his complaint, Plaintiff respectfully prays that the Court issue a declaratory judgment specifically declaring that he is entitled to receive true and full information regarding the status of 21300 Mgmt. in accordance with R.C. 1705.22(A)(1), including the information sought by Plaintiff in his letter of March 17, 2017 (*Exhibit 9*);

C. ON COUNT II of his complaint, Plaintiff further prays that the Court issue an order directing Defendants 21300 Mgmt., Rodstrom and Polito to turn over or otherwise make such books and records available to Plaintiff, or his designated representative, for inspection and/or copying forthwith;

D. ON COUNT III of his complaint, Plaintiff respectfully prays that the Court issue an order directing Defendants 21300 Mgmt., Rodstrom and Polito to provide a full and complete accounting of all amounts received, including all revenues generated, by 21300 Mgmt. with regard to the Property during the 2015, 2016 and 2017 calendar years, all expenses incurred by 21300 Mgmt. with regard to the Property during the 2015, 2016 and 2017 calendar years, and all tax allocations made to any and/or all of the members of 21300 Mgmt. for the 2015, 2016 and 2017 tax years;

E. Plaintiff respectfully prays that the Court award him the costs he has incurred herein, including reasonable attorneys' fees, associated with the prosecution of this action; and

8

F.  Plaintiff respectfully prays that the Court award him any further relief as it deems appropriate at law or in equity.

Respectfully submitted,

J. W. KRUEGER, L.L.C.

/s/ Jeffrey W. Krueger

Jeffrey W. Krueger (#0030093)
E-mail:  JWKrueger@jwk-law.com
P.O. Box 360135
Cleveland, OH  44136
Tel. (216) 586-2721
Fax (216) 586-2721

Attorney for Plaintiff Joseph Paulozzi

9

Electronically Filed 10/05/2017 16:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

EXHIBIT

1

## ARTICLES OF ORGANIZATION
## OF
## 21300 MANAGEMENT LTD.
### (Under Section 1705.04 of the Ohio Revised Code)

The undersigned, desiring to form a limited liability company under Chapter 1705 of the Ohio Revised Code, do hereby state the following:

FIRST.     The name of said limited liability company shall be 21300 Management Ltd.

SECOND.   The limited liability company shall exist for a period of perpetual duration.

THIRD.    The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is:

21300 Lorain Road
Fairview Park, Ohio 44126

FOURTH.   The purpose for this limited liability company is the ownership and management of commercial real estate located at 21300 Lorain Road, Fairview Park, Ohio 44126.

IN WITNESS WHEREOF, we have hereunto subscribed our names this 28 day of September, 1999.

_____
Michael G. Polito, Member

_____
John J. Russo, Member

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

**ORIGINAL APPOINTMENT OF AGENT
OHIO LIMITED LIABILITY COMPANY
(O.R.C. Section 1705.06)**

The undersigned, being at least a majority of the members of 21300 Management Ltd. hereby appoint John S. Polito as its Statutory Agent, upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served.

His complete address is:

John S. Polito
3954 Woodside Drive
North Olmsted, Ohio 44070

_Michael G. Polito_
Michael G. Polito, Member

_John J. Russo_
John J. Russo, Member

**ACCEPTANCE OF APPOINTMENT**

The undersigned, John S. Polito, named herein as the statutory agent for 21300 Management Ltd., hereby acknowledges and accepts the appointment as statutory agent of for said limited liability company.

_John S. Polito_
John S. Polito, Statutory Agent

**Doc ID —>**     199927800700

# POLITO & RUSSO LLP

ATTORNEYS AND COUNSELORS AT LAW

21270 Lorain Road
Fairview Park, Ohio 44126
(440) 895-1234
Fax (440) 895-1233

Michael G. Polito
John J. Russo
Kimberly K. Yoder

*of Counsel*
Thomas C. Fox, Jr.

September 28, 1999

The Office of the Secretary of State
P.O. Box 1329
Columbus, OH  43216

Re:    21300 Management Ltd.
       Articles of Organization (limited liability company)
       Original Appointment of Agent

**EXPEDITED SERVICE REQUESTED**

Dear Sir or Madam:

Enclosed please find the Articles of Organization and Original Appointment of 21300 Management Ltd.  It is requested that expedited service be used to process these documents. Also enclosed is a check in the amount of Ninety Five Dollars ($95.00), which represents the filing fee and fee for expedited service in this matter.  Kindly file the enclosed documents in your usual manner.

If you have any questions regarding this matter, please contact me at the above-listed telephone number.

Thank you, in advance, for your anticipated cooperation in this matter.

Very truly yours,

John J. Russo

Enclosures

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

| | DATE | DOCUMENT NO | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|---|
| 1. | 10/ 6/1999 | 199927800700 | LCA  ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY C | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL | 85.00 | 10.00 | 0.00 | 0.00 | 0.00 |

**Return To:**
**POLITO & RUSSO**
**ATTN J J RUSSO**
**21270 LORAIN RD**
**FAIRVIEW PARK, OH 44126-0000**



cut along the dotted line

# *The State of Ohio*
## ❦ *Certificate* ❦

### *Secretary of State - J. Kenneth Blackwell*

## **1104507**

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for 21300 MANAGEMENT LTD. and that said business records show the filing and recording of:*

*Document(s)*
*ARTICLES OF ORGANIZATION/DOM. LIMITED LIABILITY CO*

*Document No(s):*
*199927800700*

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary
of State at Columbus, Ohio, This 4th day of
October, A.D. 1999

J. Kenneth Blackwell
Secretary of State



**EXHIBIT**

**2**

CUYAHOGA COUNTY RECORDER
200503150079   PAGE 1 of 3

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
DEQC 03/15/2005 09:45:17 AM
200503150079

# Quit-Claim Deed

KNOW ALL MEN BY THESE PRESENTS THAT Michael G. Polito (Married) and John J. Russo (Married), the Grantors, claiming title by or through instrument recorded in Instrument Number 199909160016, Cuyahoga County Recorder's Office, for valuable consideration thereunto given, and for the sum of Ten Dollars ($10.00) received to their full satisfaction of 21300 Management Ltd., the Grantee, whose tax mailing address is 21300 Lorain Road, Fairview Park, Ohio 44126 do:

GIVE, GRANT, BARGAIN, REMISE, RELEASE AND FOREVER QUIT-CLAIM unto the said Grantee, its heirs and assigns, all right, title and interest as said Grantors have in and to the following described premises:

Situated in the City of Fairview Park, County of Cuyahoga and State of Ohio and known as being part of Original Rockport Township Section No. 6, and shown as a parcel of land on the Recorded Plat of The S.H. Kleinman Realty Company's Morningside Park Subdivision in Volume 74 of Maps, Page 28 of Cuyahoga County Records, bounded and desceibed as follows: Beginning at the intersection of the center line of Lorain Road with the Westerly line of a parcel of land conveyed by Florence M. Crandall, and others, to W.A. Potter by Deed dated March 21, 1918 and recorded in Volume 2313, Page 46 of Cuyahoga County Records; thence North 0 degrees 10' 40" West along the said Westerly line of land so conveyed to W.A. Potter, a distance of 255 feet to the Southeasterly corner of Sublot No. 3 in said S.H. Kleinman Realty Company's Morningside Park Subdivision; thence South 89 degrees 49' 20" West along the Southerly line of said Sublot No. 3, a distance of 100 feet to the Northeasterly corner of Sublot No. 2; thence South 0 degeees 10' 40" East along the Easterly line of Sublots Nos. 2 and 1, and along the Easterly line of Sublot No. 1 extended Southerly a distance of 325.98 feet to the center line of Lorain Road; thence Northeasterly along the center line of Lorain Road, a distance of 122.63 feet to the place of beginning, be the same more or less, but subject to all legal highways

Permanent Parcel No(s): 321-02-017

TO HAVE AND TO HOLD the

CUYAHOGA COUNTY RECORDER
200503150079 PAGE 2 of 3

Permanent Parcel #: 321-02-017

| | |
|---|---|
| Type Instrument: Quit Claim Deed Ex | Date: 3/15/2005 9:43:00 AM |
| Tax District #: 3140 | Tax List Year: 2005 |
| Grantor: Polito, Michael G. | Land Use Code: 4470 |
| Grantee: 21300 MANAGEMENT LTD | Land Value: 146,200 |
| Balance Assumed: $ 0.00 | Building Value: 267,900 |
| Total Consideration: $ 0.00 | Total Value: 414,100 |
| Conv. Fee Paid: $ 0.00 | Arms Length Sale: NO |
| Transfer Fee Paid: $ 0.50 | Rcpt: g-03162005-1 |
| Fee Paid by: ATTORNEY | Inst #: 145874 |
| Exempt Code: G | Check #: |

*Frank Russo*

CUYAHOGA COUNTY AUDITOR

**SIGNED AND ACKNOWLEDGED**

**IN THE PRESENCE OF:**

*Sabrina M. McClain*
WITNESS

*Linda L. Glassner*
WITNESS

*Sabrina M. McClain*
WITNESS

*Linda L. Glassner*
WITNESS

*Sabrina M. McClain*
WITNESS

*Linda L. Glassner*
WITNESS

*Sabrina M. McClain*
WITNESS

*Linda L. Glassner*
WITNESS

**GRANTORS:**

*Michael G. Polito*
MICHAEL G. POLITO

*John J. Russo*
JOHN J. RUSSO

*Annemarie H. Polito*
ANNEMARIE H. POLITO

*Karen M. Russo*
KAREN M. RUSSO

**STATE OF OHIO**    )
                     )  ss.
**CUYAHOGA COUNTY**  )

BEFORE ME, a Notary Public in and for said County and State, personally appeared the above-named Grantors who acknowledged that they did sign this Quit-Claim Deed and the same is their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at *Fairview Park*, Ohio the __11th__ day of __March__, 2005.

*Sabrina M. McClain*
NOTARY PUBLIC

SABRINA M. McCLAIN
Notary Public, State of Ohio, Cuy. Cty.
My commission expires July 23, 2006

**This Instrument Prepared By:**

Kimberly K. Yoder, Esq.
21300 Lorain Road
Fairview Park, Ohio 44126
(440) 895-1234

## Joe Paulozzi

| | |
|---|---|
| **From:** | Joe Paulozzi, Esq. <paulozzi@lawohio.com> |
| **Sent:** | Wednesday, March 18, 2015 9:26 AM |
| **To:** | Michael Polito; Derek Rodstrom |
| **Subject:** | roof leak / other building issues |

EXHIBIT

3

Mike, Derek:

John Taylor informed me that there have been more roof leak problems with the recent thaw and that you are getting estimates. Please keep me informed with regard to this issue (as well as all other matters which are related to our ownership of 21300 Management) from this point forward so I can also give input regarding such problems and the possible corrective measures which we will consider and ultimately choose.

Thanks,
Joe

1

## Joe Paulozzi

| | |
|---|---|
| **From:** | Joe Paulozzi <paulozzi@lawohio.com> |
| **Sent:** | Wednesday, April 01, 2015 5:16 PM |
| **To:** | Michael Polito |
| **Cc:** | Derek Rodstrom (drodstrom@pprblaw.com) |
| **Subject:** | 21300 Mgmt. / building |

**EXHIBIT**

**4**

Mike:

During the last meeting you and I and Derek had regarding the building in early February 2015, you indicated that you wanted to buy my one-quarter interest in 21300 Management (the building). You indicated that you wanted to consummate a sale by the end of February, 2015, or at the latest within the first two weeks of March, 2015. To date, you have not yet made me a formal offer.

Please advise me as to your intentions with regard to this matter. If I do not hear back from you within the next two weeks, I will assume you have reconsidered and do not wish to make me an offer, and I will remain a 25% owner.

As previously requested, please keep me apprised of all developments with regard to the building. As of yet, I have not received any correspondence with regard to any 21300 Mgmt (building) matters.

Thank you,

Joe

Please note my new office contact information below. Thank you.

Joseph G. Paulozzi

**Paulozzi Co. LPA**
**Attorneys at Law**
600 East Granger Road
Second Floor
Brooklyn Heights, OH 44131
ph. 216.812.2100
fax 216.771.3387
paulozzi@lawohio.com
www.lawohio.com

PRIVILEGED AND CONFIDENTIAL

This electronic message and accompanying documents is legally privileged, confidential information from Paulozzi Co. LPA which is protected from disclosure under applicable laws, and is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any reading, dissemination or duplication of this email and/or utilization of its content is strictly prohibited. If you have received this email in error, please notify the sender immediately.

1



Joseph Paulozzi <jpaulozzi@gmail.com>

## RE: Buyout
2 messages

Michael Polito <mpolito@pprblaw.com>
To: Joseph Paulozzi <jpaulozzi@gmail.com>
Cc: Derek Rodstrom <drodstrom@pprblaw.com>

Fri, Apr 17, 2015 at 5:37 PM

EXHIBIT

5

Joe:

Derek and I have discussed a buyout of your interest in the building. We are prepared to make an offer of $35,568.83.

This figure is independent of any partnership, malpractice or other issues and is calculated as follows:

| | |
|---|---|
| Bldg. value: | $550,000 |
| Mortgage: | <$207,550> |
| Equity: | $342,450 |

| | |
|---|---|
| Paulozzi Equity 25%: | $85,612.00 |
| Less Paulozzi Prom Note for buy in: | <$25,543.67> |
| Less MGP and DNR K-1 taxes on income: | <$12,000.00> |
| Less 25% of roof cost: | <12,500.00> |
| Buyout | $35,568.83 |

Kindly advise and contact me.

Thanks,

MGP

Michael G. Polito

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMR

**EXHIBIT**

**6**



## Condeni Law LLC
### Attorneys at Law

Joseph A. Condeni
joe@condenilaw.com

Legal Assistant:
Lauren Bass
Direct Dial (216) 574-2016
lauren@condenilaw.com

March 29, 2016

Mr. Michael Polito
Mr. Derek Rodstrom                                 *VIA EMAIL AND U.S. MAIL*
21300 Management Ltd.
21300 Lorain Road
Fairview Park, OH 44126

     RE:    21300 Management Ltd.

### NOTICE TO PRESERVE RECORDS

Dear Mr. Polito and Mr. Rodstrom:

While it is Joe Paulozzi's intent to reach an amicable resolution for the sale of his 25% share in 21300 Management Ltd. he requests that the following items be preserved and made available for his inspection. For the years 2009 through 2015 and as it relates to 21300 Management Ltd. And the building located at 21300 Lorain Road:

1. All tax returns with schedules and supporting documentation.
2. All bank statements.
3. All check registers including print out of Quickbooks® or other accounting software.
4. All lease agreements.
5. All deposit records.
6. All documents pertaining to or otherwise establishing expenses.
7. All records pertaining to repairs, improvements or additions to the property.
8. All documents recording, calculating or summarizing income and expenses.
9. All documents establishing any setoffs to Joe Paulozzi's 25% share.
10. All correspondence, emails, fax transmissions or other forms of written or recorded communications between Joe Paulozzi, Mike Polito and/or Derek Rodstrom that pertain to or in any way reference 21300 Management Ltd. and/or the office building located at 21300 Lorain Road, Fairview Park, Ohio.

We trust that you will take all measures necessary to preserve the requested items in their native format and will not delete, destroy, or alter them in any manner. This preservation notice applies to both physically and electronically stored information.

Electronically Filed 10/05/2017 16:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

21300 Management Ltd.
March 29, 2016
Page 2

Sincerely yours,
*CONDENI LAW LLC*

Joseph A. Condeni

JAC/lab

cc: Joseph Paulozzi

# J. W. KRUEGER, LLC

January 25, 2017

<u>Via Certified Mail – Return Receipt Requested</u>

<div style="float:right; border:1px solid; text-align:center">EXHIBIT<br>7</div>

Michael G. Polito, Esq.
Polito|Rodstrom|Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126

Derek N. Rodstrom, Esq.
Polito|Rodstrom|Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126

      Re:    21300 Management Ltd.

Gentlemen:

The undersigned is taking over representation of Joseph G. Paulozzi with regard to his interest in the property located at 21300 Lorain Road, Fairview Park, Ohio 44126 (the "Property") from attorney Joseph A. Condeni. On April 17, 2015, Mr. Polito sent an e-mail to Mr. Paulozzi wherein he offered to "buyout [Mr. Paulozzi's] interest in the building." Since that date no progress has been made on buying out Mr. Paulozzi's interest in the Property despite the efforts previously made by Mr. Condeni.

On March 29, 2016, Mr. Condeni sent you a letter requesting that you preserve a list of items relating to the Property for the years 2009 through 2015 for inspection. To date, those records have not been provided to either Mr. Condeni or Mr. Paulozzi. Calendar year 2016 is now complete. The purpose of this letter is to demand that you provide Mr. Paulozzi with his K-1 Schedule for 2016 with regard to his interest in the Property on or before February 28, 2017, so that he may properly prepare his 2016 tax returns.

If Mr. Paulozzi's 2016 K-1 Statement is not provided as requested, then I will advise Mr. Paulozzi of other legal actions that may be available to him including, but not limited to, the possible assertion of claims for an accounting, dissolution of 21300 Management Ltd., breach of fiduciary duty against each of you, and placing the Property in receivership until this issues can be adjudicated and the Property liquidated. Hopefully, this will not be necessary.

Thank you for your attention to this matter. I look forward to receiving Mr. Paulozzi's 2016 K-1 Statement for his interest in the Property on or before February 28, 2017.

Very truly yours,

J. W. KRUEGER, LLC

Jeffrey W. Krueger

cc: Joseph G. Paulozzi

---

P.O. Box 360135
Cleveland, Ohio 44136

Phone: (216) 586-2721
Fax:    (216) 586-2721

E-mail: JWKrueger@jwk-law.com
Web Site: http://www.jwk-law.com

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Derek N. Rodstrom, Esq.
Polito|Rodstrom|Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126

9590 9402 2091 6132 0706 87

2. Article Number (Transfer from service label)
7009 2250 0002 8434 8673

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK

Electronically Filed 10/05/2017 18:45 / / CV 17 886988 / Confirmation Nbr. 1191366 / CLDMK



**USPS TRACKING #**

9590 9402 2091 6132 0706 87

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

J.W. Krueger, LLC
P.O. Box 360135
Cleveland, Ohio 44136



**EXHIBIT**

**8**

**From:** Derek Rodstrom [mailto:drodstrom@prblaw.com]
**Sent:** Friday, March 17, 2017 11:18 AM
**To:** Joseph Paulozzi <paulozzi@lawohio.com>; Michael Polito <mpolito@prblaw.com>
**Subject:** RE: 21300 Management

Joe,

I am not sure where to go with this and I apologize we have not responded to Jeff Kepler. Mike is headed into a trial, and I don't think he and I will have time to sit down at length in the next week.

Let us know what you are looking for exactly. If it is 21300 records, they are all here and preserved as requested by Condeni. But there have been no distributions of money to Mike or I from 21300. Things operate pretty much the same since you left.

If it is for us to pay you something, give us an amount and how you came up with it. If Mike and I agree with it and if we have the funds, we can make something happen.

I think Mike and I would also like it to be resolved. But then life and the law practices take over and it gets put aside.

Derek N. Rodstrom, LL.M. (Taxation)
Polito Rodstrom Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126
440-895-1234
440-895-1233 (fax)
www.prblaw.com

PRIVILEGED AND CONFIDENTIAL
All information transmitted hereby is confidential information from the law firm Polito Rodstrom Burke LLP which may be privileged,confidential, or otherwise protected from disclosure under applicable law and is intended only for the use of the person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of this email is prohibited.

CIRCULAR 230 NOTICE: 31 CFR Part 10, Section 10.35, requires us to notify you that unless otherwise expressly indicated, any federal tax advice contained in this communication or any included attachments may not be used or relied upon for the purpose of avoiding penalties under the Internal Revenue Code

EXHIBIT

9

# J. W. KRUEGER, LLC

March 17, 2017

Michael G. Polito, Esq.
Polito|Rodstrom|Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126

Derek N. Rodstrom, Esq.
Polito|Rodstrom|Burke LLP
21300 Lorain Road
Fairview Park, Ohio 44126

Re:     *Demand for Inspection of Books and Records*
        *of 21300 Management Ltd.*

Gentlemen:

As you are aware the undersigned and this office represent Joseph G. Paulozzi in regard to his interest in 21300 Management Ltd. ("21300 Ltd."), a limited liability company organized and existing under the laws of the State of Ohio. On January 25, 2017, I sent you a letter requesting that you provide Mr. Paulozzi, who is a member of 21300 Ltd., with his 2016 K-1 Statement for 21300 Ltd. on or before February 28, 2017. To date, neither I nor Mr. Paulozzi have received his 2016 K-1 Statement for 21300 Ltd.

Pursuant to Section 1705.22(A)(1) of the Ohio Revised Code, Mr. Paulozzi hereby demands the right to inspect (by its attorneys, consultants, or other agents), during the usual hours of business, the following books and records of 21300 Ltd. and to make copies or extracts therefrom.

1.     A copy of the articles of organization of 21300 Ltd., all amendments to those articles, and any written powers of attorney pursuant to which the articles and the amendments have been executed;

2.     A copy of any written operating agreement for 21300 Ltd., all amendments to that operating agreement, and executed copies of any written powers of attorney pursuant to which the operating agreement and the amendments have been executed;

3.     True and full information regarding the date on which each member of 21300 Ltd. became a member;

4.     A current list of the name and last known business, residence, or mailing address of each member;

5.     Any promissory notes, payment schedules or other document relating to Mr. Paulozzi's member buy-in in 21300 Ltd.;

6.     A copy of any and all documents and reflecting costs incurred by 21300 Ltd. for replacement of the roof on the structure located at 21300 Lorain Road, Fairview Park, Ohio;

P.O. Box 360135           Phone:  (216) 586-2721        E-mail: JWKrueger@jwk-law.com
Cleveland, Ohio 44136     Fax:    (216) 586-2721        Web Site: http://www.jwk-law.com

Michael G. Polito, Esq.
Derek N. Rodstrom, Esq.
Polito|Rodstrom|Burke LLP
March 17, 2017
Page 2

7. Past six months of statements reflecting payments and the current balance due on the mortgage loan(s) that currently encumber the property at 21300 Lorain Road, Fairview Park, Ohio;

8. A copy of 21300 Ltd.'s federal, state, and local income tax returns for each of the following tax years: 2009, 2010, 2011, 2012, 2013, 2014, 2015, and, promptly after becoming available, 2016; and

9. True and full information regarding the status of the 21300 Ltd.'s business and the financial condition of 21300 Ltd.

Purpose. As you are aware, since leaving Polito, Paulozzi, Rodstrom & Burke, Mr. Paulozzi has been excluded from the operations of 21300 Ltd. and has been deprived information regarding its financial status. We seek documents concerning the operations of 21300 Ltd. so that we may review the operations of 21300 Ltd., 21300 Ltd.'s financial condition, and the financial benefits derived from 21300 Ltd. that have been shared with members of 21300 Ltd. other than Mr. Paulozzi. It is our view that Mr. Polito and Mr. Rodstrom have failed to manage the assets of 21300 Ltd. properly, and have derived personal benefits from the operation of 21300 Ltd. over and above their proportionate membership interest in 21300 Ltd. We wish to review whatever documentary materials or other information 21300 Ltd. has on these subjects.

We intend to examine all the information we receive and then, if appropriate, use it in bringing an action in the Court of Common Pleas, Cuyahoga County, Ohio, or in some other appropriate proceeding, to seek legal and equitable relief to protect Mr. Paulozzi's membership interest in 21300 Ltd. Such an action would possibly include claims for declaratory relief, an accounting, possible breach of fiduciary duty, a judicial dissolution of 21300 Ltd. and liquidation and disbursement of its assets, and other legal and equitable relief. Finally, we are seeking 21300 Ltd.'s articles of organization, operating agreement, and member list to insure that Mr. Paulozzi's actions are consistent with the organizational documents of 21300 Ltd., and that all members of 21300 Ltd. would be named as a party to a legal proceeding, should it be necessary.

Please advise where and when, prior to April 8, 2017, the aforementioned books, records and other documents of 21300 Ltd. will be available for inspection and copying. Thank you for your attention to this matter.

Very truly yours,

J.W. KRUEGER, LLC

Jeffrey W. Krueger

cc: Joseph G. Paulozzi

---

### Verification and Power of Attorney

State of Ohio )
) SS:
County of Cuyahoga )

BE IT REMEMBERED that, the undersigned, Joseph G. Paulozzi, personally appeared before me, who being duly sworn, deposes and says:

1. That the foregoing is the undersigned's letter of demand for the inspection of designated materials and books and records of 21300 Management Ltd. and that the statements made in such letter are true and correct.

2. That the letter designates J.W. Krueger, LLC, and Jeffrey W. Krueger and their respective partners, associates, employees, and other persons to be designated by them, acting together, singly, or in combination, as the undersigned's attorney or agent to conduct such inspection, and that the foregoing and this verification are the undersigned's power of attorney authorizing the foregoing persons to act on behalf of the undersigned.

Joseph G. Paulozzi

SWORN TO AND SUBSCRIBED

BEFORE ME
this _____ day of March, 2017.

TODD ROSENBERG
NOTARY PUBLIC, STATE OF OHIO
My Commission Has No Expiration